AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__Western__ District of __Tennessee__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V. | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT** |

__Annette Elisabeth Corcoran__
*Defendant*

Case Number: 2:05-cr-20133-02-01

Upon motion of the ___United States___ , IT IS ORDERED that a detention hearing is set for ___4/15/2005___ * at ___9:00 am___
*Date*                                                      *Time*

before ___Jon Phipps McCalla___
*Name of Judicial Officer*

___U.S. District Court, Courtroom #4, 167 North Main Street, 9th Floor___
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
*Other Custodial Official*

Date: ___4/14/2005___                         ___/s/ Jon P. McCalla___
                                                                   *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___4-18-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20133 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT