**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY JPW

05 APR 14  PM 6: 39

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-

**Case No.  2:05cr20133**

**ANNETTE ELISABETH CORCORAN,**
**SANDRA MARGARITA KATHARINA**
**SYMEONIDIS**

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- Marty McAfee and Lee Gerald, members of the Criminal Justice Act Panel of this District, are appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

- All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis, this _____ 14 day of April, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
ANNETTE ELISABETH CORCORAN,
SANDRA MARGARITA KATHARINA SYMEONIDIS

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20133 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT