IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 16 AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Cr. No. <u>05-20133-Ma</u> |
| ANNETTE ELISABETH CORCORAN, ) and ) SANDRA MARGARITA KATHARINA ) SYMEONIDIS ) | |
| Defendants. ) | |

## ORDER

Upon motion of the United States and for good cause shown, the Indictment in the above-styled case is hereby ORDERED dismissed.

This 13th day of May, 2005.

*/s/ Samuel H. Mays*

SAMUEL H. MAYS
UNITED STATES DISTRICT JUDGE

Approved by:

*/s/ Frederick H. Godwin*

Frederick H. Godwin
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20133 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT