UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case Number 05-20133-Ma

ANNETTE ELISABETH CORCORAN,
SANDRA MARGARITA KATHARINA
SYMEONIDIS,

        Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Annette Elisabeth Corcoran and Sandra Margarita Katharina Symeonidis is dismissed in accordance with the Order, docketed May 17, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 18, 2005
_____
(DATE)

                        ROBERT R. DI TROLIO
                        CLERK

                        _Earline Grayer_
                        (by) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20133 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT